R. Brent Wisner (SBN: 276023)
rbwisner@wisnerbaum.com
Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>KRISTINNA SANCHEZ, on Behalf of J.S., A MINOR,<br><br>               *Plaintiff*,<br>    v.<br><br>Beech-Nut Nutrition Company, The Campbell's Company, Danone North America, PBC, Danone Nutricia Nederland BV, Gerber Products Company, Nestlé USA, Inc., Nestlé Enterprises S.A., Société des Produits Nestlé S.A., Nurture, LLC, Plum, PBC, Sun-Maid Growers of California, and Walmart, Inc.,<br><br>               *Defendants*. | Case No. 24-MD-3101-JSC<br><br>MDL 3101<br><br>Hon. Jacqueline Scott Corley<br><br>SHORT-FORM COMPLAINT AND JURY DEMAND<br><br>Civil Action No. |

Come now Plaintiff, named below, and files a Complaint against the Defendant(s) named below for personal injuries suffered as a result of Plaintiff's consumption of Defendant(s) Contaminated Baby Food products, which contain Toxic Heavy Metals.

Plaintiff incorporates by reference the allegations contained in the First Amended Master Long-Form Complaint, filed in MDL 3101 (ECF Docket No. 197), as well as any further amendments made to that First Amended Master Long-Form Complaint.

Plaintiff further states as follows:

## I. PARTIES

1. Plaintiff: J.S.                                                                    .

2. Personal Representative/Guardian *ad litem*: Kristinna Sanchez            .  A guardian *ad litem*, if not yet appointed, will need to be appointed by the Court pursuant to PTO No. 14. The filing of this complaint does not establish a guardian *ad litem* relationship.

3. Plaintiff is suing the following Defendant(s):

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart, Inc. ("Walmart") |

4. Additional allegations not contained in the First Amended Master Long-Form Complaint, attach additional pages if necessary:

2

COMPLAINT

_____

_____

_____

_____

_____

_____

## II.  JURISDICTION AND VENUE

1.  Plaintiff files this Complaint pursuant to CMO No. 5, and are to be bound by the rights, protections, and privileges, and obligations of that CMO and other Orders of the Court.

2.  Plaintiff's City and State of Residence is: Spring Hill, Florida_____.

3.  Pursuant to CMO No. 5, Plaintiff hereby designates the United States District Court for the Eastern District of Texas as Plaintiff's designated venue ("Original Venue").

4.  Plaintiff makes this selection based upon one (or more) of the following factors:

☐   Plaintiff currently resides in the Original Venue.

☒   Plaintiff purchased and consumed Defendant(s) products in the Original Venue.

☐   The Original Venue is a judicial district in which Defendant(s) reside(s), and such Defendant(s) is/are residents of the State in which the district is located (28 U.S.C. 1391(b)(1)).

☒   The Original Venue is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, specially (28 U.S.C. 1391 (b)(2)).

☐   There is no district in which an action may otherwise be brought under 28 U.S.C. 1391, and the Original Venue is a judicial district in which Defendant(s) is/are subject to the Court's personal jurisdiction with respect to this action (28 U.S.C. 1391 (b)(3)).

☐   Other reason (please explain): _____.

5.  Basis for Subject Matter Jurisdiction (check all that apply)

☒   Diversity of Citizenship: Plaintiff alleges that they are not citizens of any state where the named Defendant(s) are also citizens.

☐   Federal Question

☐   Other (please explain): _____.

3

COMPLAINT

### III. CASE-SPECIFIC ALLEGATIONS

1. Plaintiff began consuming each Defendant(s) Baby Food product(s) on or about the approximate time periods set forth immediately below (by defendant and product category) in the product identification chart. For the purpose of the chart below, the approximate start and end dates will be provided for each of the product categories reflected in bold in the second column below (e.g., Jars/Tubs, Pouches, Cereals, Bars, Yogurt Meals, Baked Crisps, and Infant Formula).

2. To the best recollection of the individuals who fed Plaintiff Baby Food products, it is alleged that Plaintiff consumed the following Baby Food product(s) which Plaintiff contends caused and/or contributed to Plaintiff's injury(ies) and brings claims against the following Defendants:

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| A. Beech-Nut | **Jars**<br>☒ 1. Stage 1 Apple<br>☒ 2. Stage 1 Banana<br>☒ 3. Stage 1 Beef & Beef Broth<br>☒ 4. Stage 1 Butternut Squash<br>☒ 5. Stage 1 Carrots<br>☒ 6. Stage 1 Chicken & Chicken Broth<br>☒ 7. Stage 1 Green Beans<br>☒ 8. Stage 1 Organics Apple<br>☒ 9. Stage 1 Organics Carrots<br>☒ 10. Stage 1 Organics Pear<br>☒ 11. Stage 1 Organics Sweet Potato<br>☐ 12. Stage 1 Organics Prunes<br>☒ 13. Stage 1 Organics Pumpkin<br>☒ 14. Stage 1 Pear<br>☐ 15. Stage 1 Prunes<br>☒ 16. Stage 1 Sweet Potato<br>☒ 17. Stage 1 Turkey & Turkey Broth<br>☒ 18. Stage 2 Apple<br>☒ 19. Stage 2 Apple & Banana<br>☐ 20. Stage 2 Apple & Blackberries<br>☒ 21. Stage 2 Apple & Blueberries<br>☒ 22. Stage 2 Apple & Kale<br>☐ 23. Stage 2 Apple, Cinnamon & Granola<br>☒ 24. Stage 2 Apple, Mango & Kiwi | **Jars**<br>2014 – 2016<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

4

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☒ 25. Stage 2 Apple, Pear & Banana<br>☒ 26. Stage 2 Banana<br>☒ 27. Stage 2 Banana & Strawberries<br>☐ 28. Stage 2 Banana, Blueberries & Green beans<br>☒ 29. Stage 2 Banana, Orange & Pineapple<br>☒ 30. Stage 2 Carrots, Sweet Corn & Pumpkin<br>☒ 31. Stage 2 Chicken, Apple & Carrot<br>☒ 32. Stage 2 Chicken, Apple & Corn<br>☐ 33. Stage 2 Chicken, Pear & Zucchini<br>☒ 34. Stage 2 Corn & Sweet Potato<br>☒ 35. Stage 2 Garden Vegetables<br>☐ 36. Stage 2 Guava, Pear & Strawberries<br>☒ 37. Stage 2 Mango<br>☐ 38. Stage 2 Mango, Apple & Avocado<br>☒ 39. Stage 2 Mixed Vegetables<br>☐ 40. Stage 2 Organics Apple, Kiwi & Spinach<br>☐ 41. Stage 2 Organics Apple, Pumpkin & Granola<br>☐ 42. Stage 2 Organics Apple, Raspberries & Avocado<br>☒ 43. Stage 2 Organics Banana<br>☐ 44. Stage 2 Organics Banana, Cinnamon & Granola<br>☒ 45. Stage 2 Organics Banana, mango & Sweet Potato<br>☒ 46. Stage 2 Organics Butternut Squash & Sweet Corn<br>☐ 47. Stage 2 Organics Pear, Kale & Cucumber<br>☒ 48. Stage 2 Peach<br>☒ 49. Stage 2 Pear<br>☒ 50. Stage 2 Pear & Blueberries<br>☒ 51. Stage 2 Pear & Pineapple<br>☒ 52. Stage 2 Pear & Raspberries<br>☐ 53. Stage 2 Peas, Green Beans & Asparagus<br>☐ 54. Stage 2 Pineapple, Pear & Avocado<br>☐ 55. Stage 2 Pumpkin & Cinnamon<br>☐ 56. Stage 2 Spinach, Zucchini & Peas<br>☒ 57. Stage 2 Squash<br>☒ 58. Stage 2 Sweet Carrots<br>☐ 59. Stage 2 Sweet Corn & Green Beans | |

5

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
|  | ☒ 60. Stage 2 Sweet Peas<br>☒ 61. Stage 2 Sweet Potato<br>☒ 62. Stage 2 Turkey, Apple & Sweet Potato<br>☐ 63. Stage 3 Naturals Superblends Apple, Yogurt, Cinnamon & Oat<br>☐ 64. Stage 3 Naturals Superblends Banana, Chickpea & Kale<br>☐ 65. Stage 3 Naturals Superblends Carrot, Corn & Chickpea<br>☐ 66. Stage 3 Naturals Superblends Mango, Carrot, Yogurt & Oat<br>☐ 67. Stage 3 Organics Sweet Potato & Barley<br><br>**Pouches**<br>☐ 68. Stage 2 Apple & Kale<br>☐ 69. Stage 2 Apple, Mango & Carrot<br>☐ 70. Stage 2 Apple, Mango & Spinach<br>☐ 71. Stage 2 Apple, Peach & Strawberries<br>☐ 72. Stage 2 Apple, Pumpkin & Cinnamon<br>☐ 73. Stage 2 Apple, Sweet Potato & Pineapple<br>☐ 74. Stage 2 Banana, Apple & Blueberries<br>☐ 75. Stage 2 Banana, Apple & Strawberry<br>☐ 76. Stage 2 Banana, Blueberries & Avocado<br>☐ 77. Stage 2 Banana, Cinnamon & Granola<br>☐ 78. Stage 2 Banana, Pear & Sweet Potato<br>☐ 79. Stage 2 Carrot Zucchini & Pear<br>☐ 80. Stage 2 Carrot, Apple & Pineapple<br>☐ 81. Stage 2 Peach, Apple & Banana<br>☐ 82. Stage 2 Pear, Banana & Raspberries<br>☐ 83. Stage 2 Pear, Mango & Squash<br>☐ 84. Stage 2 Pumpkin, Zucchini & Apple<br>☐ 85. Stage 2 Squash, Peas & Pears<br>☐ 86. Stage 2 Zucchini, Spinach & Banana<br>☐ 87. Stage 3 Apple, Yogurt, Cinnamon & Oat<br>☐ 88. Stage 4 Yogurt, Banana & Mixed Berry<br>☐ 89. Stage 4 Yogurt, Banana & Strawberry<br><br>**Cereals**<br>☐ 90. Multigrain Cereal<br>☒ 91. Oatmeal Cereal<br>☒ 92. Organic Oatmeal Cereal | **Cereals**<br>2013 - 2015<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be* |

6

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☒ 93. Rice Cereal <br><br>**Bars** <br> ☐ 94. Apple & Spinach Fruit & Veggie <br> ☐ 95. Banana & Pumpkin Fruit & Veggie <br> ☐ 96. Banana Fuity Oat <br> ☐ 97. Strawberry Fruity Oat <br><br>**Yogurt Melts** <br> ☐ 98. Apple & Pumpkin Fruit & Veggie <br> ☐ 99. Apple, Carrot, Mango & Yogurt Melties with Probiotics <br> ☐ 100. Banana, Blueberry & Green Beans Fruit & Veggie <br> ☐ 101. Pear, Mango, Spinach & Yogurt Melties with Probiotics <br> ☐ 102. Strawberry, Apple & Yogurt <br><br>**Baked Crisps** <br> ☐ 103. Sweet Potato | *reflected in retailer records in the possession of third parties.* |
| **B.  Gerber** | **Jars and Tubs** <br> ☒ 1. Stage 1 - 1st Butternut Squash <br> ☒ 2. Stage 1 - 1st Carrot <br> ☒ 3. Stage 1 - 1st Foods Apple <br> ☒ 4. Stage 1 - 1st Foods Banana <br> ☐ 5. Stage 1 - 1st Foods Prune <br> ☒ 6. Stage 1 - 1st Foods Sweet Potato <br> ☒ 7. Stage 1 - 1st Green Bean <br> ☒ 8. Stage 1 - 1st Natural Apple <br> ☒ 9. Stage 1 - 1st Natural Banana <br> ☒ 10. Stage 1 - 1st Pea <br> ☒ 11. Stage 1 - 1st Peach <br> ☒ 12. Stage 1 - 1st Pear <br> ☐ 13. Stage 2 - 2nd Apple Avocado <br> ☒ 14. Stage 2 - 2nd Apple Banana with Mixed Cereal <br> ☒ 15. Stage 2 - 2nd Banana Plum Grape <br> ☒ 16. Stage 2 - 2nd Foods Apple <br> ☒ 17. Stage 2 - 2nd Foods Apple Banana with Oatmeal <br> ☒ 18. Stage 2 - 2nd Foods Apple Blueberry | **Jars and Tubs** <br> 2014 – 2015 <br> *Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

7

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☒ 19. Stage 2 - 2nd Foods Apple Strawberry Banana<br>☒ 20. Stage 2 - 2nd Foods Apricot Mixed Fruit<br>☒ 21. Stage 2 - 2nd Foods Banana<br>☒ 22. Stage 2 - 2nd Foods Banana Apple Pear<br>☒ 23. Stage 2 - 2nd Foods Banana Blackberry Blueberry<br>☒ 24. Stage 2 - 2nd Foods Banana Carrot Mango<br>☒ 25. Stage 2 - 2nd Foods Banana Orange Medley<br>☐ 26. Stage 2 - 2nd Foods Banana Pear Zucchini<br>☒ 27. Stage 2 - 2nd Foods Beef and Gravy<br>☒ 28. Stage 2 - 2nd Foods Butternut Squash<br>☒ 29. Stage 2 - 2nd Foods Carrot<br>☒ 30. Stage 2 - 2nd Foods Carrot Potato Pea<br>☒ 31. Stage 2 - 2nd Foods Chicken and Gravy<br>☒ 32. Stage 2 - 2nd Foods Cinnamon with Oatmeal<br>☒ 33. Stage 2 - 2nd Foods Green Bean<br>☒ 34. Stage 2 - 2nd Foods Ham and Gravy<br>☒ 35. Stage 2 - 2nd Foods Mango<br>☒ 36. Stage 2 - 2nd Foods Pea<br>☒ 37. Stage 2 - 2nd Foods Peach<br>☒ 38. Stage 2 - 2nd Foods Pear<br>☒ 39. Stage 2 - 2nd Foods Pear Pineapple<br>☐ 40. Stage 2 - 2nd Foods Prune Apple<br>☒ 41. Stage 2 - 2nd Foods Sweet Potato<br>☒ 42. Stage 2 - 2nd Foods Sweet Potato Turkey with Whole Grains Dinner<br>☒ 43. Stage 2 - 2nd Foods Turkey and Gravy<br>☐ 44. Stage 2 - 2nd Natural Apple Zucchini Peach<br>☐ 45. Stage 2 - 2nd Natural Spinach Kale<br>☐ 46. Stage 2 - 2nd Pear Guava<br>☒ 47. Stage 3 - 3rd Banana Blueberry Rice pudding<br>☒ 48. Stage 3 - 3rd Garden Veggies & Rice<br>☒ 49. Stage 3 - 3rd Pasta Marinara<br>☒ 50. Stage 3 - 3rd Pasta Primavera<br><br>**Pouches**<br>☐ 51. Toddler Pouched Organic Banana Mango<br>☐ 52. Toddler Pouches Apple Mango Strawberry<br>☐ 53. Toddler Pouches Banana Blueberry | |

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 54. Toddler Pouches Banana Blueberry Purple Carrot Greek Yogurt Purple Carrot Greek Yogurt Mixed Grains | |
| | ☐ 55. Toddler Pouches Banana Pear Zucchini | |
| | ☐ 56. Toddler Pouches Fruit & Yogurt Peaches & Cream | |
| | ☐ 57. Toddler Pouches Fruit & Yogurt Strawberry Banana | |
| | ☐ 58. Toddler Pouches Fruit & Yogurt Very Berry | |
| | ☐ 59. Toddler Pouches Natural Apple Pear Peach | |
| | ☐ 60. Toddler Pouches Natural Apple Sweet Potato with Cinnamon | |
| | ☐ 61. Toddler Pouches Organic Apple Mango Raspberry Avocado Oatmeal | |
| | ☐ 62. Toddler Pouches Organic Apple Purple Carrot Blueberry with Yogurt | |
| | ☐ 63. Toddler Pouches Organic Banana Mango Avocado Quinoa Vanilla | |
| | ☐ 64. Toddler Pouches Organic Banana Raspberry & Yogurt with Vanilla | |
| | ☐ 65. Toddler Pouches Organic Banana Strawberry Beet Oatmeal | |
| | ☐ 66. Toddler Pouches Organic Mango Peach Carrot Sweet Potato Oatmeal | |
| | ☐ 67. Stage 2 - 2nd Foods Pouches Apple Strawberry Banana | |
| | ☐ 68. Stage 2 - 2nd Foods Pouches Natural Banana | |
| | ☐ 69. Stage 2 - 2nd Foods Pouches Organic Apple Blueberry Spinach | |
| | ☐ 70. Stage 2 - 2nd Foods Pouches Organic Apple Carrot Squash | |
| | ☐ 71. Stage 2 - 2nd Foods Pouches Organic Apple Kale Fig | |
| | ☐ 72. Stage 2 - 2nd Foods Pouches Organic Apple Peach | |
| | ☐ 73. Stage 2 - 2nd Foods Pouches Organic Apple Raspberry Acai Berry | |
| | ☐ 74. Stage 2 - 2nd Foods Pouches Organic Apple | |

9

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | Zucchini Spinach Strawberry<br>☐ 75. Stage 2 - 2nd Foods Pouches Organic Banana Acai Berry Mixed Grain<br>☐ 76. Stage 2 - 2nd Foods Pouches Organic Banana Blueberry Blackberry Oatmeal<br>☐ 77. Stage 2 - 2nd Foods Pouches Organic Carrot Apple Mango<br>☐ 78. Stage 2 - 2nd Foods Pouches Organic Pear Mango Avocado<br>☐ 79. Stage 2 - 2nd Foods Pouches Organic Pear Peach Strawberry<br>☐ 80. Stage 2 - 2nd Foods Pouches Organic Purple Carrot Banana Acai Cardamom<br>☐ 81. Stage 2 - 2nd Foods Pouches Organic Squash Apple Sweet Potato<br>☐ 82. Stage 2 - 2nd Foods Pouches Organic Squash Pear Peach with Basil<br><br>**Cereals**<br>☐ 83. Apple Cinnamon Oatmeal & Barley Cereal<br>☐ 84. Banana & Cream Oatmeal & Barley Cereal<br>☒ 85. Banana Apple Strawberry Multigrain Cereal<br>☒ 86. DHA & Probiotic Rice Cereal<br>☐ 87. Lil'Bits Oatmeal Banana Strawberry Cereal<br>☐ 88. Multi Grain Cereal<br>☐ 89. Multigrain Cereal<br>☒ 90. Oatmeal<br>☐ 91. Oatmeal Banana Probiotic Cereal<br>☒ 92. Organic Oatmeal<br>☐ 93. Organic Oatmeal Banana Cereal<br>☐ 94. Organic Oatmeal Millet Quinoa Cereal<br>☒ 95. Organic Single-Grain Rice<br>☐ 96. Probiotic Oatmeal, Lentil, Carrots & Peas<br>☐ 97. Probiotic Rice Banana Apple Cereal<br>☒ 98. Single Grain Rice Cereal<br>☐ 99. Whole Wheat Apple Blueberry Cereal<br>☐ 100. Whole Wheat Cereal<br><br>**Puff Snacks**<br>☒ 101. Apple Cinnamon Puffs<br>☒ 102. Apple Sweet Potato Lil' Crunchies | **Cereals**<br>2013 – 2015<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.*<br><br><br><br><br><br><br><br><br><br>**Puff Snacks**<br>2014 – 2018<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be* |

10

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☒ 103. Banana Puffs<br>☒ 104. Blueberry Puffs<br>☐ 105.Cranberry Orange Organic Puffs<br>☐ 106. Fig Berry Organic Puffs<br>☐ 107. Garden Tomato Lil' Crunchies<br>☐ 108. Mild Cheddar Lil' Crunchies<br>☒ 109. Organic Apple Puffs<br>☐ 110. Organic Banana Raspberry Baby Pops<br>☐ 111. Organic Lil' Crunchies White Bean Hummus<br>☐ 112. Organic Lil' Crunchies White Cheddar Broccoli<br>☒ 113. Peach Puffs<br>☐ 114. Ranch Lil' Crunchies<br>☒ 115. Strawberry Apple Puffs<br>☒ 116. Sweet Potato Puffs<br>☐ 117. Vanilla Maple Lil' Crunchies<br>☐ 118. Vanilla Puffs<br>☐ 119. Veggie Dip Lil' Crunchies<br><br>**Biscuits and Cookies**<br>☒ 120. Animal Crackers<br>☒ 121. Arrowroot Biscuits<br>☒ 122. Banana Cookies<br>☒ 123. Lil' Biscuits<br>☐ 124. Organic Honey Biscuits<br><br>**Grain Bars**<br>☐ 125. Apple Cinnamon Soft Baked Grain Bars<br>☐ 126. Banana Mango Organic Grain & Grow Soft Baked Grain Bars<br>☐ 127. Date & Carrot Organic Date & Carrot Fruit & Veggie Bars<br>☐ 128. Organic Raspberry Pomegranate Grain & Grow Soft Baked Grain Bars<br>☐ 129. Strawberry Banana Soft Baked Grain Bars<br><br>**Teethers/Wafers**<br>☒ 130. Apple Harvest Teether Wheels<br>☒ 131. Banana Cream Teether Wheels<br>☒ 132. Banana Peach Teethers<br>☐ 133. Banana Soothe 'n' Chew | *reflected in retailer records in the possession of third parties.*<br><br><br>**Biscuits and Cookies**<br>2014 – 2015<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.*<br><br><br>**Teethers/Wafers**<br>2014 – 2017<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

11

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 134. Banana Yogurt Blends Snacks<br>☐ 135. Blueberry with Whole Grains Yogurt Blends Snack<br>☐ 136. Mango Banana Carrot Organic Teethers<br>☐ 137. Mango Raspberry Teethers<br>☐ 138. Organic Teethers Blueberry Apple Beet<br>☐ 139. Peach Yogurt Melts<br>☐ 140. Strawberry Apple Spinach Teethers<br>☐ 141. Strawberry Banana Yogurt Blends Snack | |
| C. Hain | **Jars**<br>☐ 1. Apple Butternut Squash<br>☐ 2. Apple Cinnamon Oatmeal<br>☐ 3. Apples<br>☐ 4. Apples & Apricots<br>☐ 5. Apples & Blueberries<br>☐ 6. Apples & Plums<br>☐ 7. Banana Mango<br>☐ 8. Bananas<br>☐ 9. Bananas Peaches & Raspberries<br>☐ 10. Carrots<br>☐ 11. Chicken & Chicken Broth<br>☐ 12. Chicken & Rice<br>☐ 13. Corn & Butternut Squash<br>☐ 14. Peach Oatmeal Banana<br>☐ 15. Pears<br>☐ 16. Pears & Mangos<br>☐ 17. Pears & Raspberries<br>☐ 18. Peas<br>☐ 19. Sweet Potato Apricot<br>☐ 20. Sweet Potato Chicken<br>☐ 21. Sweet Potatoes<br>☐ 22. Tender Chicken & Stars<br>☐ 23. Turkey & Turkey Broth<br>☐ 24. Vegetable Turkey<br>☐ 25. Winter Squash<br><br>**Pouches**<br>☐ 26. Apple Peach Oatmeal Fruit and Grain Puree<br>☐ 27. Apple Strawberry Baby Food Puree | |

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 28. Apple Sweet Potato Pumpkin Blueberry Baby Food Puree<br>☐ 29. Banana Blueberry Banana Food Puree<br>☐ 30. Banana Raspberry Brown Rice Fruit and Grain Puree<br>☐ 31. Beef Medley<br>☐ 32. Butternut Squash Pear Baby Food Puree<br>☐ 33. Carrots & Broccoli Veggie Puree<br>☐ 34. Cheesy Past with Veggies<br>☐ 35. Chicken Casserole<br>☐ 36. Chicken Pot Pie<br>☐ 37. Four Bean Feast Organic Protein Pouch<br>☐ 38. Orange Banana Baby Food Puree<br>☐ 39. Pasta with Tomato & White Bean<br>☐ 40. Peach Mango Baby Food Puree<br>☐ 41. Pear Carrot Apricot Baby Food Puree<br>☐ 42. Pumpkin & Spinach Veggie Puree<br>☐ 43. Spinach Lentil and Brown Rice Veggie & Protein Puree<br>☐ 44. Squash & Sweet Peas Veggie Puree<br>☐ 45. Sweet Garbanzo Barley Veggie & Protein Puree<br>☐ 46. Sweet Potato & Beets Veggie Puree<br>☐ 47. Sweet Potato Apple Baby Food Puree<br>☐ 48. Turkey Quinoa Apple Sweet Potato<br>☐ 49. Veggie Lentil Bake Organic Protein Pouch<br>☐ 50. Wholesome Breakfast Apple Raisin<br>☐ 51. Wholesome Breakfast Blueberry Banana<br>☐ 52. Wholesome Breakfast Strawberry Peach Pear with Yogurt Oat & Quinoa Baby Puree<br>☐ 53. Wholesome Breakfast Sweet Potato Cinnamon<br><br>**Cereals**<br>☐ 54. Organic Rice Cereal Babies First Solid Food<br>☐ 55. Organic whole Grain Multi – Grain Cereal<br>☐ 56. Organic Whole Grain Oatmeal Cereal<br><br>**Snacks**<br>☐ 57. Apple Sunny Days Snack Bars<br>☐ 58. Blueberry Breakfast Biscuits | |

13

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
|  | ☐ 59. Honey Crunchin'Grahams<br>☐ 60. Oatmeal Cinnamon Organic Letter of the Day Cookies<br>☐ 61. Organic Crunchin'Crackers<br>☐ 62. Organic Garden Veggie Straws<br>☐ 63. Organic Peanut Butter Puffs<br>☐ 64. Strawberry Sunny Days Snack Bars<br>☐ 65. Sweet Potato Carrot Sunny Days Snack Bars<br>☐ 66. Veggie Crunchin'Crackers<br><br>**Frozen Entrees and Meals**<br>☐ 67. Frozen Baked Chicken Nuggets Value Size<br>☐ 68. Frozen Baked Chicken Nuggets<br>☐ 69. Frozen Baked Popcorn Chicken Nuggets<br>☐ 70. Frozen Gluten Free Broccoli & Cheese Nuggets<br>☐ 71. Frozen Gluten Free Veggie Nuggets<br>☐ 72. Frozen Mini Beef Meatballs<br>☐ 73. Frozen Plant Based Protein Nuggets<br>☐ 74. Organic Frozen Chicken Fries<br>☐ 75. Organic Frozen Mini Pancakes Blueberry<br><br>**Fruit Yogurt Smoothies**<br>☐ 76. Mixed Berry Fruit Yogurt Smoothie<br>☐ 77. Peach Banana Fruit Yogurt Smoothie<br>☐ 78. Pear Mango Fruit Yogurt Smoothie<br>☐ 79. Pineapple Orange Banana Fruit Yogurt Smoothie<br>☐ 80. Strawberry Banana Fruit Yogurt Smoothie<br><br>**Electrolyte Solution**<br>☐ 81. Apple Orange Electrolyte Solution<br>☐ 82. Grape Electrolyte Solution |  |
| **D. Nurture** | **Jars**<br>☐ 1. Apple & Spinach<br>☐ 2. Apples & Blueberries<br>☐ 3. Apples, Mangos & Beets<br>☐ 4. Apples, Oats & Cinnamon<br>☐ 5. Bananas & Strawberries<br>☐ 6. Bananas & Sweet Potatoes |  |

14

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 7. Bananas, Blueberries & Beets<br>☐ 8. Carrots<br>☐ 9. Carrots & Peas<br>☐ 10. Green Beans<br>☐ 11. Pears<br>☐ 12. Pears & Kale<br>☐ 13. Pears & Prunes<br>☐ 14. Pears, Mangos & Spinach<br>☐ 15. Pears, Pineapple & Avocado<br>☐ 16. Sweet Potatoes<br><br>**Pouches**<br>☐ 17. Stage 1 Mangos<br>☐ 18. Stage 1 Prunes<br>☐ 19. Stage 2 Apple, Kale & Oats<br>☐ 20. Stage 2 Apples & Carrots<br>☐ 21. Stage 2 Apples, Blueberries & Oats<br>☐ 22. Stage 2 Apples, Guavas & Beets<br>☐ 23. Stage 2 Apples, Kale & Avocados<br>☐ 24. Stage 2 Apples, Pumpkin & Carrots<br>☐ 25. Stage 2 Apples, Spinach & Kale<br>☐ 26. Stage 2 Apples, Sweet Potatoes & Granola<br>☐ 27. Stage 2 Bananas, Beets & Blueberries<br>☐ 28. Stage 2 Bananas, Pineapple, Avocado & Granola<br>☐ 29. Stage 2 Bananas, Plums & Granola<br>☐ 30. Stage 2 Bananas, Raspberries & Oats<br>☐ 31. Stage 2 Bananas, Sweet Potatoes & Papayas<br>☐ 32. Stage 2 Black Beans, Beets & Bananas<br>☐ 33. Stage 2 Broccoli & Carrots with Olive Oil + Garlic<br>☐ 34. Stage 2 Carrots, Strawberries & Chickpeas<br>☐ 35. Stage 2 Green Beans, Spinach & Pears<br>☐ 36. Stage 2 Pear, Raspberries & Oats<br>☐ 37. Stage 2 Pears, Kale & Spinach<br>☐ 38. Stage 2 Pears, Mangos & Spinach<br>☐ 39. Stage 2 Pears, Peas & Broccoli<br>☐ 40. Stage 2 Pears, Pumpkin & Passion Fruit<br>☐ 41. Stage 2 Pears, Pumpkin, Peaches & Granola<br>☐ 42. Stage 2 Pears, Squash & Blackberries | |

15

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 43. Stage 2 Pears, Squash & Oats | |
| | ☐ 44. Stage 2 Pears, Zucchini & Peas | |
| | ☐ 45. Stage 2 Peas, Bananas & Kiwi | |
| | ☐ 46. Stage 2 Purple Carrot & Cauliflower with Avocado Oil + Oregano | |
| | ☐ 47. Stage 2 Purple Carrots, Bananas, Avocados & Quinoa | |
| | ☐ 48. Stage 2 Squash, Chickpeas & Spinach with Avocado Oil & Sage | |
| | ☐ 49. Stage 2 Squash, Pears & Apricots | |
| | ☐ 50. Stage 2 Sweet Potatoes with Olive Oil + Rosemary | |
| | ☐ 51. Stage 2 Sweet Potatoes, Mangos & Carrots | |
| | ☐ 52. Stage 2 Zucchini, Apples, Peas, Quinoa & Basil | |
| | ☐ 53. Stage 3 Harvest Vegetables & Chicken with Quinoa | |
| | ☐ 54. Stage 3 Root Vegetables & Turkey with Quinoa | |
| | ☐ 55. Stage 3 Vegetables & Beef medley with Quinoa | |
| | ☐ 56. Stage 4 Apples & butternut Squash + Super Chia | |
| | ☐ 57. Stage 4 Apples, Acai, Coconut Milk & Oats + Super Chia | |
| | ☐ 58. Stage 4 Apples, Cinnamon, Yogurt & Oats | |
| | ☐ 59. Stage 4 Apples, Mangos & Kale + Super Chia | |
| | ☐ 60. Stage 4 Apples, Spinach, Peas & Broccoli + Super Chia | |
| | ☐ 61. Stage 4 Apples, Sweet Potatoes, Carrots & Cinnamon + Super Chia | |
| | ☐ 62. Stage 4 Bananas, Beets & Strawberries | |
| | ☐ 63. Stage 4 Bananas, Beets, Squash & Blueberries | |
| | ☐ 64. Stage 4 Bananas, Blueberries, Yogurt & Oats | |
| | ☐ 65. Stage 4 Bananas, Carrots & Strawberries | |
| | ☐ 66. Stage 4 Bananas, Dragonfruit, Coconut milk & Oats + Super Chia | |
| | ☐ 67. Stage 4 Bananas, Mangos & Spinach | |
| | ☐ 68. Stage 4 Bananas, Peaches & Mangos + Super | |

16

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | Chia<br>☐ 69. Stage 4 Bananas, Spinach & Blueberries<br>☐ 70. Stage 4 Carrots, Bananas, Mangos & Sweet Potatoes<br>☐ 71. Stage 4 Pears, Bananas, Sweet Potato & Pumpkin + Super Chia<br>☐ 72. Stage 4 Pears, Beets & Blackberries<br>☐ 73. Stage 4 Pears, Beets & Blueberries + Super Chia<br>☐ 74. Stage 4 Pears, Blueberries & Spinach<br>☐ 75. Stage 4 Pears, Green Beans & Peas + Super Chia<br>☐ 76. Stage 4 Pears, Kiwi & Kale<br>☐ 77. Stage 4 Pears, Mangos & Spinach + Super Chia<br>☐ 78. Stage 4 Pears, Peaches, Pumpkin & Apples<br>☐ 79. Stage 4 Pears, Raspberries, Carrots & Butternut Squash<br>☐ 80. Stage 4 Spinach, Apples, Sweet Potatoes & Kiwi<br>☐ 81. Stage 4 Zucchini, Pears, Chickpeas & Kale<br><br>**Cereals**<br>☐ 82. Oatmeal<br>☐ 83. Oats & Quinoa<br><br>**Puffs**<br>☐ 84. Apple & Broccoli<br>☐ 85. Banana & Pumpkin<br>☐ 86. Kale & Spinach<br>☐ 87. Purple Carrot & Blueberry<br>☐ 88. Strawberry & Beet<br>☐ 89. Sweet Potato & Carrot<br><br>**Snacks**<br>☐ 90. Creamies Apple, Spinach, Pea & Kiwi<br>☐ 91. Creamies Strawberry, Raspberry & Carrot<br>☒ 92. Greek Yogis Banana Mango<br>☒ 93. Greek Yogis Blueberry & Purple Carrot<br>☒ 94. Greek Yogis Mixed Berry<br>☒ 95. Greek Yogis Strawberry<br>☒ 96. Greek Yogis Strawberry Banana | **Snacks**<br>2015 - 2017<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

17
COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 97. Snackers Creamy Spinach & Carrot<br>☐ 98. Snackers Tomato & Basil<br>☐ 99. Teethers Apple, Carrot & Cinnamon Muffin<br>☐ 100. Teethers Blueberry & Purple Carrot<br>☐ 101. Teethers Mango & Pumpkin with Amaranth<br>☐ 102. Teethers Pancake & Waffle Mix<br>☐ 103. Teethers Pea & Spinach<br>☐ 104. Teethers Strawberry & Beet with Amaranth<br>☐ 105. Teethers Sweet Potato & Banana<br>☐ 106. Teethers Waffle/Muffin Mix<br><br>**Bars**<br>☐ 107. Apple + Cinnamon Fruit & Oat<br>☐ 108 Banana + Chocolate Fruit & Oat<br>☐ 109. Bananas & Carrots<br>☐ 110. Blueberry & Raspberry Fruit & Oat<br>☐ 111. Mango & Sweet Potato Fruit, Veggie & Oat<br>☐ 112. Raspberry & Butternut Squash Fruit, Veggie & Oat<br><br>**Bowls**<br>☐ 113. Beef & Quinoa Fiesta with vegetable Salsa<br>☐ 114. Cheese & Spinach Ravioli<br>☐ 115. Cheesy Lentils & Quinoa<br>☐ 116. Mac & Cheese<br>☐ 117. Squash Ravioli<br>☐ 119. Turkey Bolognese<br>☐ 120. Veggies & Wild Rice with Mushrooms & Parmesan Bowl<br><br>**Cookies**<br>☐ 121. Cinnamon & Sweet Potato + Flaxseed Multi- grain<br>☐ 122. Vanilla Oat + Flaxseed Multi-grain | |
| **E.  Plum** | **Pouches**<br>☒ 1. Stage 1 Peaches<br>☒ 2. Stage 1 Sweet Potato<br>☒ 3. Stage 1 Mangos<br>☐ 4. Stage 1 Prunes<br>☐ 5. Stage 2 Pear, Blueberry, Avocado & Granola<br>☐ 6. Stage 2 Strawberry, Banana & Granola | **Pouches**<br>2014 – 2016<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

18

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 7. Stage 2 Mango, Carrot & Coconut Cream | |
| | ☐ 8. Stage 2 Butternut Squash, Carrot, Chickpea & Corn | |
| | ☒ 9. Stage 2 Peach, Banana & Apricot | |
| | ☐ 10. Stage 2 Sweet Potato, Apple & Corn | |
| | ☒ 11. Stage 2 Apple & Carrot | |
| | ☐ 12. Stage 2 Guava, Pear & Pumpkin | |
| | ☐ 13. Stage 2 Apple, Spinach & Avocado | |
| | ☐ 14. Stage 2 Apple, Raisin & Quinoa | |
| | ☐ 15. Stage 2 Apple, Blackberry & Coconut Cream | |
| | ☒ 16. Stage 2 Banana & Pumpkin | |
| | ☐ 17. Stage 2 Apple, Raspberry, Spinach & Greek Yogurt | |
| | ☐ 18. Stage 2 Pea, Kiwi, Pear & Avocado | |
| | ☒ 19. Stage 2 Pear, Green Bean & Greek Yogurt | |
| | ☒ 20. Stage 2 Pear & Mango | |
| | ☐ 21. Stage 2 Peach, Pumpkin, Carrot & Cinnamon | |
| | ☐ 22. Stage 2 Banana, Zucchini & Amaranth | |
| | ☐ 23. Stage 2 Mango, Sweet Potato, Apple & Millet | |
| | ☐ 24. Stage 2 Mango, Yellow Zucchini, Corn & Turmeric | |
| | ☐ 25. Stage 2 Apple & Broccoli | |
| | ☐ 26. Stage 2 Apple, Plum, Berry & Barley | |
| | ☐ 27. Stage 2 Pear, Spinach & Pea | |
| | ☐ 28. Stage 2 Apple, Cauliflower & Leek | |
| | ☐ 29. Stage 2 Carrots, Beans, Spinach & Tomato | |
| | ☐ 30. Stage 2 Pumpkin, Spinach, Chickpea & Broccoli | |
| | ☐ 31. Stage 2 Kale, Corn, Carrot & Tomato | |
| | ☒ 32. Stage 2 Pear, Purple Carrot & Blueberry | |
| | ☐ 33. Stage 3 Carrot, Spinach, Turkey, Corn, Apple & Potato | |
| | ☒ 34. Stage 3 Carrot, Sweet Potato, Corn, Pea, Chicken | |
| | ☐ 35. Stage 3 Carrot, Chickpea, Pea, Beef & Tomato | |
| | ☒ 36. Stage/Mighty 4 Banana, Blueberry, Sweet Potato, Carrot, Greek Yogurt & Millet | |
| | ☐ 37. Stage/Mighty 4 Banana, Kiwi, Spinach, | |

19

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | Greek Yogurt & Barley<br>☐ 38. Stage/Mighty 4 Banana, Peach, Pumpkin, Carrot, Greek Yogurt & Oats<br>☐ 39. Stage/Mighty 4 Guava, Pomegranate, Black Bean, Carrot & Oat<br>☐ 40. Stage/Mighty 4 Mango, Pineapple, White Bean, Butternut Squash & Oats<br>☐ 41. Stage/Mighty 4 Pear, Cherry, Blackberry, Strawberry, Black Bean, Spinach & Oats<br>☒ 42. Stage/Mighty 4 Strawberry Banana, Greek Yogurt, Kale, Oat & Amaranth<br>☒ 43. Stage/Mighty 4 Sweet Potato, Banana & Passion Fruit, Greek Yogurt & Oats<br>☐ 44. Mighty Morning Banana, Blueberry, Oat, Quinoa<br>☐ 45. Mighty Protein & Fiber Banana, White Bean, Strawberry & Chia<br>☐ 46. Mighty Protein & Fiber Pear, White Bean, Blueberry Date & Chia<br>☐ 47. Mighty Veggie Carrot, pear, Pomegranate & Oats<br>☐ 48. Mighty Veggie Spinach, Grape, Apple & Amaranth<br>☒ 49. Mighty Veggie Sweet Potato, Apple, Banana & Carrot<br>☐ 50. Mighty Veggie Zucchini, Apple, Watermelon & Barley<br><br>**Super Puffs**<br>☒ 51. Apple with Spinach<br>☒ 52. Blueberry with Purple Sweet Potato<br>☒ 53. Mango with Sweet Potato<br>☒ 54. Strawberry with Beet<br><br>**Teethers**<br>☐ 55. Apple with Leafy Greens<br>☒ 56. Banana with Pumpkin<br>☒ 57. Blueberry<br><br>**Bars**<br>☐ 58. Almond Butter<br>☐ 59. Apple Cinnamon<br>☐ 60. Apple Cinnamon & Oatmeal Bar | **Super Puffs**<br>2014 – 2016<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.*<br><br>**Teethers**<br>2015 – 2015<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

20

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 61. Blueberry<br>☐ 62. Blueberry & Oatmeal Bar<br>☐ 63. Blueberry Lemon<br>☐ 64. Jammy Sammy<br>☐ 65. Mighty Snack bars<br>☐ 66. Peanut Butter<br>☐ 67. Peanut Butter & Grape Bar<br>☐ 68. Peanut Butter & Strawberry Bar<br>☐ 69. Pumpkin Banana<br>☐ 70. Strawberry<br><br>**Mashups**<br>☐ 71. Applesauce Blueberry Carrot<br>☐ 72. Applesauce Carrot & Mango<br>☐ 73. Applesauce Strawberry & Banana<br>☐ 74. Applesauce Strawberry & Beet<br><br>**Teensy Snacks**<br>☒ 75. Berry<br>☒ 76. Peach | **Teensy Snacks**<br>2017 – 2018<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |
| **F. Sprout Foods** | **Pouches**<br>☐ 1. Toddler Apple with Apricot & Strawberry<br>☐ 2. Toddler Berry Grape<br>☐ 3. Toddler Blueberry Banana<br>☐ 4. Toddler Peach<br>☐ 5. Toddler Strawberry<br>☐ 6. Toddler Strawberry and Banana with Squash<br>☐ 7. Toddlers Butternut Squash with pineapple and Papaya<br>☐ 8. Toddlers Green Veggies<br>☐ 9. Toddlers Kiwi with Super blend banana & spinach<br>☐ 10. Toddlers Purple Carrot, Strawberry & Grape<br>☐ 11. Toddlers Sweet potato Peach & Carrots<br>☐ 12. Stage 2 Apple Banana, Butternut Squash<br>☐ 13. Stage 2 Apple Blueberry<br>☐ 14. Stage 2 Apple, Oatmeal Raisin with Cinnamon<br>☐ 15. Stage 2 Apricot Peach, Pumpkin<br>☐ 16. Stage 2 Apricot, Banana, Chickpea Fig | |

21

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 17. Stage 2 Blueberry, Banana Oatmeal<br>☐ 18. Stage 2 Butternut Blueberry Apple with Beans<br>☐ 19. Stage 2 Butternut, Carrot & Apple with Beef Broth<br>☐ 20. Stage 2 Carrot Chickpeas, Zucchini Pear<br>☐ 21. Stage 2 Carrot, Apple, Mango<br>☐ 22. Stage 2 Mixed Berry Oatmeal<br>☐ 23. Stage 2 Peach Oatmeal with Coconut Milk & Pineapple<br>☐ 24. Stage 2 Pear, Kiwi, Peas, Spinach<br>☐ 25. Stage 2 Strawberry, Apple, Beet, Red Beans<br>☐ 26. Stage 2 Strawberry, Pear, Banana<br>☐ 27. Stage 2 Sweet Potato, Apple, Spinach<br>☐ 28. Stage 2 Sweet Potato, White Beans with Cinnamon<br>☐ 29. Stage 2 Vegetables & Pear with Chicken Broth<br>☐ 30. Stage 3 Butternut Chickpea Quinoa Dates<br>☐ 31. Stage 3 Creamy Vegetables with Chicken<br>☐ 32. Stage 3 Garden Vegetables Brown Rice with Turkey<br>☐ 33. Stage 3 Harvest Vegetables Apricot with Chicken<br>☐ 34. Stage 3 Market Vegetable Pear with Turkey<br>☐ 35. Stage 3 Pumpkin Apple Red Lentin with Cinnamon<br>☐ 36. Stage 3 Root Vegetables Apple with Beef<br>☐ 37. Stage 3 Sweet Pea Carrot Corn White Bean<br><br>**Toddler Meals**<br>☐ 38. Baby Burrito Bowl<br>☐ 39. Butternut Mac & Cheese<br>☐ 40. Pasta with Veggie Sauce<br>☐ 41. Veggie Power Bowl<br><br>**Puffs**<br>☐ 42. Apple Kale Power Puffs<br>☐ 43. Carrot Peach Mango Plant | |

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | **Snacks**<br>☐ 44. Crinkles Cheddar and Spinach<br>☐ 45. Crinkles Pumpkin and Carrot<br>☐ 46. Crispy Chews Apples & Strawberry<br>☐ 47. Crispy Chews Beet & Berry<br>☐ 48. Crispy Chews Orchard Fruit & Carrot<br>☐ 49. Curlz Broccoli<br>☐ 50. Curlz Sweet Potato & Cinnamon<br>☐ 51. Curlz White Cheddar Broccoli<br>☐ 52. Wafflez Blueberry Apple<br>☐ 53. Wafflez Pumpkin Butter & Jelly | |
| **G. Walmart** | **Jars and Tubs**<br>☒ 1. Stage 1 Apple Baby Food<br>☒ 2. Stage 1 Banana Food<br>☒ 3. Stage 1 Butternut Squash Baby Food<br>☒ 4. Stage 1 Carrot Baby Food<br>☒ 5. Stage 1 Natural Apple Baby Food<br>☒ 6. Stage 1 Pear Baby Food<br>☒ 7. Stage 2 Apple Strawberry Baby Food<br>☒ 8. Stage 2 Banana Baby Food<br>☒ 9. Stage 2 Butternut Squash Pineapple Baby Food<br>☒ 10. Stage 2 Sweet Potato Baby Food<br><br>**Pouches**<br>☐ 11. Apple<br>☐ 12. Banana<br>☐ 13. Banana Berry Burst<br>☐ 14. BBQ Seasoned Chicken Roasted Corn<br>☐ 15. Berry & Oats<br>☐ 16. Blueberry Apple Yogurt<br>☐ 17. Blueberry Kale Rice<br>☐ 18. Butternut Squash<br>☐ 19. Carrot Zucchini Broccoli<br>☐ 20. Cheesy Potato<br>☐ 21. Chicken Noodle<br>☐ 22. Green Bean<br>☐ 23. Macaroni and Cheese<br>☐ 24. Mango Banana Kale | **Jars and Tubs**<br>2014- 2015<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| | ☐ 25. Organic Pear<br>☐ 26. Pea White Chicken<br>☐ 27. Root Veggies Apple<br>☐ 28. Strawberry Banana Yogurt<br>☐ 29. Strawberry Carrot Quinoa<br>☐ 30. Strawberry Yogurt<br>☐ 31. Sweet Potato Apple Grape<br>☐ 32. Sweet Potato Cinnamon<br>☐ 33. Sweet Potato Turkey<br>☐ 34. Tropical Burst<br><br>**Puffs**<br>☒ 35. Banana Puffs<br>☒ 36. Blueberry Puffs<br>☒ 37. Peach Mango Puffs<br>☒ 38. Strawberry Apple Puffs<br>☒ 39. Strawberry Yogurt Puffs<br>☒ 40. Sweet Potato Puffs<br><br>**Snacks**<br>☐ 41. Blueberry Rice Rusks<br>☐ 42. Organic Apple Rice Rusks<br>☐ 43. Organic Banana Rice Rusks<br>☐ 44. Organic Strawberry Rice Rusks<br><br>**Yogurt Bites**<br>☒ 45. Banana Yogurt Bites<br>☒ 46. Cherry Vanilla Yogurt Bites<br>☒ 47. Mixed Berry Yogurt Bites<br>☒ 48. Peach Yogurt Bites<br>☒ 49. Strawberry Yogurt Bites | **Puffs**<br>2014 – 2017<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.*<br><br><br><br>**Yogurt Bites**<br>2015 – 2018<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |

☐    (Optional): In addition to the products specified above, which are subject to confirmation with discovery materials, Plaintiff consumed the following types and flavors of products from the above Defendants and contends that these additional products caused and/or contributed to Plaintiff's injury(ies). For each additional product, identify the Defendant(s) and **the approximate time period of consumption by product category:**

_____

_____

24

COMPLAINT

| Manufacturer/ Brand | Product List (Select All Applicable Products) | Approximate Time Period of Consumption by Product Category |
|---|---|---|
| **Gerber** | **Baby Formula**<br>☒ 1. Good Start A2 Powder Infant Formula<br>☐ 2. Good Start A2 Toddler Drink<br>☐ 3. Good Start Extensive HA Powder Infant Formula<br>☐ 4. Good Start Gentle Powder Infant Formula<br>☐ 5. Good Start GentlePro 2 Powder Infant Formula<br>☐ 6. Good Start GentlePro Concentrated Liquid Infant Formula<br>☐ 7. Good Start GentlePro Powder Infant Formula<br>☐ 8. Good Start GentlePro Ready to Feed Infant Formula<br>☐ 9. Good start GentlePro Ready to Feed Infant Formula Nursers<br>☐ 10. Good Start Grow Nutritious Toddler Drink Powder<br>☐ 11. Good Start SmoothePro Powder Infant Formula<br>☐ 12. Good Start Soy 2 Powder Infant & Toddler Formula<br>☐ 13. Good Start Soy Powder Infant Formula<br>☐ 14. Good Start Soy Ready Feed Infant Formula Nursers<br>☐ 15. Good Start Soy Ready to Feed Infant Formula<br>☐ 16. NAN Pro Infant Formula<br>☐ 17. NAN Pro Toddler Drink | **Baby Formula**<br>2013 – 2014<br>*Additionally, products that Plaintiff consumed, and the time period of consumption, may be reflected in retailer records in the possession of third parties.* |
| **Hain** | **Baby Formula**<br>☐ 1. Non-GMO Plant Based Soy Baby Formula<br>☐ 2. Organic Dairy – No Added DHA Infant Formula with Iron Organic Milk-Based Powder<br>☐ 3. Organic Dairy Infant Formula with Iron Milk-Based Powder<br>☐ 4. Organic Gentle Infant Formula with Iron Milk-Based Powder<br>☐ 5. Organic Sensitivity Infant Formula with Iron Milk-Based Powder<br>☐ 6. Organic Toddler Milk Drink Powder | |

25

COMPLAINT

| Nurture | **Baby Formula**<br>☐ 1. Stage 1 Modeled After Breast Milk<br>☐ 2. Stage 1 Sensitive<br>☐ 3. Stage 2 Modeled After Breast Milk | |
|---|---|---|
| Walmart | **Baby Formula**<br>☐ 1. Added Rice Starch Infant Formula with Iron Milk-Based Powder<br>☐ 2. Advantage Infant Formula Milk Based Powder with Iron<br>☐ 3. Gentle Infant Formula Milk-Based Powder with Iron<br>☐ 4. Infant DHA & Choline Nutrients Found in Breast Milk<br>☐ 5. Infant Formula Milk-Based Powder with Iron<br>☐ 6. Organic Infant Formula with Iron Milk-Based Powder<br>☐ 7. Sensitivity Infant Formula Milk-Based Powder with Iron<br>☐ 8. Soy For Fussiness & Gas<br>☐ 9. Soy Infant Formula with Iron Soy-Based Powder<br>☐ 10. Tender Infant Formula with Iron Milk-Based Powder | |

3. Plaintiff's exposure to each Defendant's Baby Food product(s), or each Defendant's subsidiary's Baby Food product(s) as alleged above, was a substantial contributing factor to, and caused Plaintiff to suffer brain injuries and other neurodevelopmental harms that manifested in a constellation of behaviors diagnosed as:

☒    Autism Spectrum Disorder ("ASD")

☐    Attention Deficit Hyperactivity Disorder ("ADHD")

☐    Other _____

☐    Other _____

## IV.  CAUSES OF ACTION

1. Defendant(s) Baby Food product(s) proximately caused the injuries to Plaintiff.

2. Counts in the first Amended Master Complaint brought by Plaintiff:

26

COMPLAINT

☒    **Count I:  Strict Products Liability—Failure to Warn**

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart Inc. ("Walmart") |

☒    **Count II:  Strict Products Liability—Manufacturing Defect**

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart Inc. ("Walmart") |

27

COMPLAINT

☒　　　**Count III: Strict Products Liability—Design Defect**

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart Inc. ("Walmart") |

☒　　　**Count IV:  Negligence—Failure to Warn**

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart Inc. ("Walmart") |

COMPLAINT

☒   **Count V: Negligence—Manufacturing**

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart Inc. ("Walmart") |

☒   **Count VI: Negligence—Product Design**

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart Inc. ("Walmart") |

COMPLAINT

☒   **Count VII: General Negligence**

| Check All Applicable Defendants | Defendant(s) |
|---|---|
| ☒ | Beech-Nut Nutrition Company ("Beech-Nut") |
| ☒ | The Campbell's Company ("Campbell") |
| ☒ | Danone North America, PBC ("Danone North America") |
| ☒ | Danone Nutricia Nederland BV ("Danone ELN") |
| ☒ | Gerber Products Company ("Gerber") |
| ☐ | Hain Celestial Group, Inc. ("Hain") |
| ☐ | Neptune Wellness Solutions ("Neptune") |
| ☒ | Nestlé USA, Inc. ("Nestlé USA") |
| ☒ | Nestlé Enterprises S.A. ("Nestlé Enterprises") |
| ☒ | Société des Produits Nestlé S.A. ("SPN") |
| ☒ | Nurture, LLC ("Nurture") |
| ☒ | Plum, PBC ("Plum") |
| ☐ | Sprout Foods, Inc. ("Sprout Foods") |
| ☒ | Sun-Maid Growers of California ("Sun-Maid") |
| ☒ | Walmart Inc. ("Walmart") |

☐   **Other Causes of Action (list on a per Defendant basis), attach additional pages if necessary:**

_____

_____

3. As a result of the injuries Plaintiff sustained, Plaintiff is entitled to recover against each Defendant:

   A. Actual or compensatory damages for past, present, and future (1) pain and suffering; (2) emotional distress; and (3) economic loss in an amount to be proven at trial;

   B. Exemplary and punitive damages in an amount sufficient to punish and deter Defendant(s) from future wrongful practice;

   C. Pre-Judgment and post-Judgment interest;

   D. Costs including reasonable attorneys' fees, court costs, and other litigation expenses; and

   E. Any other relief the Court may deem just and proper.

///

## V.  JURY DEMAND

1.  Plaintiff hereby demands a trial by jury as to all claims in this action.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff has been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the First Amended Master Complaint for compensatory and punitive damages.

Dated: November 6, 2025                    Respectfully Submitted,

*/s/ Monique Alarcon*
Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
R. Brent Wisner (SBN: 276023)
rbwisner@wisnerbaum.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444


*Counsel for Plaintiff*

31
COMPLAINT